IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWSON REED RANKIN,

    Petitioner,

v.

SHERIFF CURTIS LANDERS,

    Respondent.

Case No. 6:21-cv-00187-AR

**ORDER**

**ARMISTEAD, Magistrate Judge**

The court GRANTS petitioner's Motion to Dismiss Petition Voluntarily and Without Prejudice (ECF No. 30).

DATED: April 17, 2023

/s/ Jeff Armistead
Jeff Armistead
United States Magistrate Judge

1 - ORDER